UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Warren Brumel, Esq. (018191980)
Attorney for Debtors
PO Box 181
Keyport, NJ 07735
732-264-3400

Order Filed on February 8, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Douglas Hamadyk
Linda R. Hamadyk

Case No.: 20-16344

Chapter: 13

Judge: MBK

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 8, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Warren Brumel, Esq._____, the applicant, is allowed a fee of $ ___490.00___ for services rendered and expenses in the amount of $___0___ for a total of $___490.00___. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $___*___ per month for _____ months to allow for payment of the above fee.

*payment to be determine by the bankruptcy trustee

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 20-16344-MBK
Douglas Hamadyk                                                                Chapter 13
Linda R. Hamadyk
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 2
Date Rcvd: Feb 08, 2021        Form ID: pdf903        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas Hamadyk, Linda R. Hamadyk, 13-B Mill Road, Whiting, NJ 08759-3287 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2021            Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | |

District/off: 0312-3 — User: admin — Page 2 of 2
Date Rcvd: Feb 08, 2021 — Form ID: pdf903 — Total Noticed: 1

Warren Brumel
    on behalf of Joint Debtor Linda R. Hamadyk wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com

    on behalf of Debtor Douglas Hamadyk wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com

TOTAL: 7