**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Douglas Hamadyk** | Social Security number or ITIN  xxx–xx–3315 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Linda R. Hamadyk** | Social Security number or ITIN  xxx–xx–4151 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:  **20–16344–MBK** | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Douglas Hamadyk                     Linda R. Hamadyk

10/24/23                    **By the court:** Michael B. Kaplan
                        United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                              **Chapter 13 Discharge**                              page 2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                        Case No. 20-16344-MBK

Douglas Hamadyk                                                                    Chapter 13

Linda R. Hamadyk

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                                    User: admin                                                    Page 1 of 3

Date Rcvd: Oct 24, 2023                          Form ID: 3180W                                    Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas Hamadyk, Linda R. Hamadyk, 13-B Mill Road, Whiting, NJ 08759-3287 |
| cr | + | QUICKEN LOANS, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518828756 | | Bank of America, PO Box 982234, Arlington, WA 98223-4000 |
| 518828764 | + | GM Financial Leasing - 2017, PO Box 100, Buffalo, NY 14231-0100 |
| 518828765 | + | GM Financial Leasing 2020, PO Box 100, Buffalo, NY 14231-0100 |
| 518828771 | | Santander, POB 847051, Boston, MA 02284-7051 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 24 2023 22:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 24 2023 22:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Oct 25 2023 02:11:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 518834471 | + | EDI: PHINAMERI.COM | Oct 25 2023 02:11:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 518828757 | | EDI: BANKAMER.COM | Oct 25 2023 02:11:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 518878945 | + | EDI: BANKAMER2.COM | Oct 25 2023 02:11:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518828758 | | EDI: WFNNB.COM | Oct 25 2023 02:11:00 | Boscov's, PO Box 183003, Columbus, OH 43218-3003 |
| 518828759 | | EDI: WFNNB.COM | Oct 25 2023 02:11:00 | Boscov's/Comenity Capital Bank, PO Box 183003, Columbus, OH 43218-3003 |
| 518828760 | | EDI: WFNNB.COM | Oct 25 2023 02:11:00 | Burlington Comenity Bank, PO Box 182620, Columbus, OH 43218-2620 |
| 518828761 | | EDI: CAPITALONE.COM | Oct 25 2023 02:11:00 | Capital One, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518861889 | + | EDI: AIS.COM | Oct 25 2023 02:11:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518862297 | | Email/PDF: bncnotices@becket-lee.com | Oct 24 2023 22:36:26 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518828762 | + | EDI: CITICORP.COM | Oct 25 2023 02:11:00 | Citi Simplicity Card, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518887497 | | EDI: CITICORP.COM | | |

District/off: 0312-3 | User: admin | Page 2 of 3

Date Rcvd: Oct 24, 2023 | Form ID: 3180W | Total Noticed: 38

| Recip ID | | Notice | Date | Address |
|---|---|---|---|---|
| | | | Oct 25 2023 02:11:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518828763 | + | EDI: DISCOVER.COM | | |
| | | | Oct 25 2023 02:11:00 | Discover Bank, PO Box 30396, Salt Lake City, UT 84130-0396 |
| 518838296 | | EDI: DISCOVER.COM | | |
| | | | Oct 25 2023 02:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518828766 | + | EDI: CITICORP.COM | | |
| | | | Oct 25 2023 02:11:00 | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 518828767 | + | EDI: CITICORP.COM | | |
| | | | Oct 25 2023 02:11:00 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 518828773 | | EDI: JPMORGANCHASE | | |
| | | | Oct 25 2023 02:11:00 | TJX Rewards, PO Box 15298, Wilmington, DE 19850-5298 |
| 518828768 | | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Oct 24 2023 22:18:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 518828769 | + | EDI: RMSC.COM | | |
| | | | Oct 25 2023 02:11:00 | Lowe's, Att: Bankruptcy Dept, PO Box 103104, Roswell, GA 30076-9104 |
| 518895737 | | EDI: PRA.COM | | |
| | | | Oct 25 2023 02:11:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518885423 | | EDI: PRA.COM | | |
| | | | Oct 25 2023 02:11:00 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518856265 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Oct 24 2023 22:18:00 | QUICKEN LOANS, LLC FORMERLY KNOWN AS ET.AL., QUICKEN LOANS, LLC FORMERLY KNOWN AS, (FKA) QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518890362 | | EDI: Q3G.COM | | |
| | | | Oct 25 2023 02:11:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518828770 | | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Oct 24 2023 22:18:00 | Quicken Loans, Inc., PO Box 442359, Detroit, MI 48244-2359 |
| 518837438 | + | Email/Text: DeftBkr@santander.us | | |
| | | | Oct 24 2023 22:18:00 | Santander Bank, N.A., 450 Penn Street, MC 10-421-MC3, Reading, PA 19602-1011 |
| 518830409 | + | EDI: RMSC.COM | | |
| | | | Oct 25 2023 02:11:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518828772 | | EDI: RMSC.COM | | |
| | | | Oct 25 2023 02:11:00 | Synchrony Bank - PC Richards, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 518828774 | | EDI: RMSC.COM | | |
| | | | Oct 25 2023 02:11:00 | TJX rewards/SYNCB, PO Box 965013, Orlando, FL 32896-5013 |
| 518854187 | | EDI: WFFC2 | | |
| | | | Oct 25 2023 02:11:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518828775 | | EDI: WFFC2 | | |
| | | | Oct 25 2023 02:11:00 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519929859 | \*+ | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 518891902 | \*+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 518862349 | \* | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

District/off: 0312-3  User: admin  Page 3 of 3
Date Rcvd: Oct 24, 2023  Form ID: 3180W  Total Noticed: 38

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 26, 2023  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Brian C. Nicholas | on behalf of Creditor QUICKEN LOANS  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Joint Debtor Linda R. Hamadyk wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com |
| Warren Brumel | on behalf of Debtor Douglas Hamadyk wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 10